IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| MICHAEL EL-ZABET, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 4:04-cv-59 |
| NISSAN NORTH AMERICA, INC., | ) | |
| Defendant | ) | |

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendant's motion for summary judgment [Court File #4] is GRANTED and this action DISMISSED.

**E N T E R :**

　　　　　　　　　　　　　　　　　　　　*s/ James H. Jarvis*
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE